IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| ROYAL NEIGHBORS OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 620-072 |
| | ) | |
| JERRY ROZIER; MICHAEL ROZIER; and BRIDGET JACKSON, | ) | |
| | ) | |
| Claimants. | ) | |
| | ) | |
| THE INDEPENDENT ORDER OF FORESTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 622-018 |
| | ) | |
| JERRY ROZIER; MICHAEL ROZIER; TIMOTHY JACKSON; and TAYLOR FUNERAL HOME, INC., | ) | |
| | ) | |
| Claimants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge and **GRANTS** Plaintiffs' motions to deposit funds into the Court's registry. (CV 620-072, doc. no. 37; CV 622-018, doc. no. 21).

Plaintiff Royal Neighbors of America **SHALL** tender payment in the amount of $6,551.82, plus accrued interest, and Independent Order of Foresters **SHALL** tender payment in the amount of $5,500.00, plus accrued interest, to the Clerk of this Court <u>on or before November 16, 2022</u>. The **CLERK** is **ORDERED** to accept payments in the above amounts from Plaintiffs and to deposit the same in the Registry of the Court in interest-bearing accounts. The Clerk is further directed to deduct a fee from the income earned on the deposits in the amount of ten (10%) percent of the income earned. The Clerk shall collect the fee from the income earned on the deposits at the time any distribution of funds is made by the Clerk or by a valid order of this Court, without the necessity of any further order of this Court. See Loc. R. 67.

Upon deposit of the funds, the Court will enter a final order for disbursement in accordance with the Magistrate Judge's Report and Recommendation, enjoin claimants from further action against Plaintiffs, dismiss Michael and Jerry Rozier's claims with prejudice, and close these cases.

SO ORDERED this 2nd day of November, 2022, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA