IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| Royal Neighbors of America, | ) |
| Plaintiff | ) |
| vs. | ) CASE NUMBER :  6:20-cv-72 |
| Bridget Jackson et al., | ) |
| Defendant | ) |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Royal Neighbors of America__ has deposited with the Court the sum of $ __6,993.25__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __15th__ day of __November__, __2022__, by Order of this Court.

JOHN E. TRIPLETT, CLERK OF COURT

By : _____
Deputy Clerk

(Rev. 03/20)